AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LIMPANO GOMEZ-GONZALEZ<br>a/k/a Isaias Filoberto LOPEZ-DIAZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 13-8216-JMH |

FILED by _____ D.C.

APR 2 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*I find probable cause.*

Sworn to before me and signed in my presence.

Date: __04/22/2013__

City and state: __West Palm Beach, FL__

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

_____
*Judge's signature*

Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over nine years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3.      On April 3, 2013, Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ was arrested in Palm Beach County in the Southern District of Florida on state charges. Upon being booked into the Palm Beach County Jail, the fingerprints of Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ were entered into a national fingerprint identification system, which returned a positive match for a person previously removed from the United States.

4.      On April 4, 2013, Immigration Enforcement Agent Cynthia Alcocer traveled to the Palm Beach County Jail and took a sworn statement from Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ after advising him of his rights under *Miranda*, which he waived. Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ admitted to being

1

a citizen of Guatemala and that he last entered the United States on or about March 2010, after having been previously deported from the United States in June 2009. Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ further admitted that he did not request permission to re-enter the United States.

5. The immigration file corresponding to Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ shows that Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ, a native and citizen of Guatemala, was ordered removed from the United States on or about June 15, 2009. A Warrant of Removal/Deportation was executed on or about June 18, 2009, whereby Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ was removed from the United States.

6. On or about April 5, 2013, your affiant received a certified copy of the fingerprint card containing the prints taken in connection with the April 3, 2013 arrest of Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ. Border Patrol Agent Richard Abbott, a fingerprint expert, compared the prints appearing on the aforementioned fingerprint card with the print appearing on the Warrant of Removal/Deportation executed on or about June 18, 2009. Agent Abbott determined that the fingerprint impressions were made by one and the same person.

7. On or about April 10, 2013, your affiant received a Certificate of Nonexistence of Records relating to Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ. A review of the Certificate of Nonexistence of Record pertaining to Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ indicates that no record was found to exist indicating that Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ had obtained consent from either the Attorney General of the United States or the Secretary of the

Department of Homeland Security, for re-admission in the United States as required by law.

8. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Limpano GOMEZ-GONZALEZ a/k/a Isaias Filoberto LOPEZ-DIAZ with violating Title 8, United States Code, Sections 1326(a).

Andy Kofzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 22 day of April, 2013,
in West Palm Beach, Florida.

HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8216-JMH

UNITED STATES OF AMERICA

vs.

LIMPANO GOMEZ-GONZALEZ,
  a/k/a Isaias Filoberto Lopez-Diaz

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    ____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    ____ Yes   _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY